No. 00–1866. GARCIA v. UNITED STATES, *ante*, p. 823;

No. 01–209. BREEN v. UNITED STATES, *ante*, p. 894; and

No. 01–323. WINKER v. McDONNELL DOUGLAS CORP., *ante*, p. 994. Motions of petitioners for leave to proceed *in forma pauperis* granted. Petitions for rehearing denied.

JANUARY 10, 2002

No. 01–7520 (01A504). ALSTON v. LEE, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 01–7631 (01A506). ALSTON v. NORTH CAROLINA. Sup. Ct. N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.